# **EXHIBIT B**

# Schaumburg man hit, blinded by foul ball at Wrigley Field suing Cubs, MLB



John "Jay" Loos was hit in the left eye with a foul ball at Wrigley Field on Aug. 29, 2017, and has lost the sight in that eye. (Phil Velasquez / Chicago Tribune)

By **Elvia Malagon**

OCTOBER 9, 2017, 6:35 PM

Adam Loos tried to raise his hand but he couldn't beat the speed of a foul ball that smacked his 60-year-old father in the face and left the man blind in one eye after a late-August Cubs game at Wrigley Field.

"It was rough," Adam Loos said Monday at a news conference. "Someone I looked up to my whole life, I see the ball hitting him, hearing the sound … him falling on my, bleeding all over my shoes."

His father, John "Jay" Loos, of Schaumburg, broke his nose and six bones around his left eye. He has filed a lawsuit against the team and Major League Baseball seeking at least $50,000 in damages and alleges the Cubs organization was negligent because Wrigley Field does not have enough spectator netting, something that could have prevented the foul ball from hitting him, according to the lawsuit field in Cook County Circuit Court.

The lawsuit comes as MLB continues to grapple with the issue of how much netting could ensure safety for spectators while still providing fans with the clearest view possible. In 2015, the league issued

recommendations that ballparks have protective netting between the dugouts for any field-level seats within 70 feet of home plate. Those guidelines were issued months after a federal class-action lawsuit was filed in California against MLB.

Those recommendations prompted the Cubs to extend the netting at Wrigley Field, Cubs spokesman Julian Green said in an email.

"The safety of our fans is paramount to a great game day experience," Green said. "We will continue to work with Major League Baseball to discuss and explore ways to ensure the safest possible environment for our guests."

An MLB representative did not return a call or email for comment on the lawsuit.

Before the 2016 season, the [Chicago White Sox](#) extended their netting to the home-plate ends of each dugout but not over the dugouts like other ballparks have in the past couple of years. Last month, Sox manager Rick Renteria said he would not be opposed to expanding the netting even more for the next season.

A 16-member MLB competition committee announced earlier this year to explore a variety of issues, including the game's pace, is also expected to discuss whether expanded netting at ballparks should be mandatory.

In 2014, a Bloomberg Businessweek report said that about 1,750 spectators are injured each year by baseballs that go into the stands. More recently, a young girl last month was injured by a foul ball whose speed was an estimated 105 mph at Yankee Stadium.

Attorney Steve Berman, a managing partner of Hagens Berman, has been challenging the issue in federal court for years. He said the recommendations by MLB didn't go far enough.

Berman would like to see the netting extended to an area known as the "danger zone" that includes areas where it is probable that baseballs would fly to during games.

He said fans these days are more distracted by large screens that are used to keep people entertained during what could be long and tedious games.

"You are not paying attention as you might have done in the past, and the ballparks know this and that has increased the risk," Berman said.

John Loos, who played baseball in high school, recalled Monday how he was watching the center fielder move during the Aug. 29 Cubs game against the [Pittsburgh Pirates](#) at Wrigley Field when he was hit. He was not on his cellphone, he said.

"I like the science of baseball, so I tend to watch the center fielder move as a pitch is made to see how they are trying to get a jump on the ball," John Loos said. "I like watching the pitch speeds, things like that."

Wearing a patch over his left eye and glasses, Loos said he didn't see the foul ball coming at him. Through his lawsuit, he wants the Cubs to expand their netting to prevent other fans from getting hit with flying balls or bats.

Loos was sitting in Section 135 — overlooking a stretch of the the first base line that extends to the outfield — during the game in which he was injured. An adult friend of his daughter has ties to the Cubs, which allowed them to get into the game without a ticket.

Loos was taken by ambulance from Wrigley to Advocate Illinois Masonic Medical Center. He has undergone three surgeries since then and is expected to have at least two more.

Loos said he may have to replace his left eye with a prosthesis. He said he can still see out of his right eye but has had problems adjusting to light and shadows.

Loos' attorney, Colin Dunn, said they have not determined how fast the ball was going when it hit Loos, though he has seen video of the incident on social media.

Dunn has been in contact with attorneys representing the team and believes the Cubs want to do the "right thing," he said.

Green, the Cubs spokesman, said he could not comment on any pending lawsuits. He did not have information about how many fans have been hurt by foul balls at Wrigley.

The lawsuit came as the Cubs prepared to play Game 3 of the National League Division Series against the Nationals at Wrigley Field.

John Loos remains a Cubs fan, but he has no plans to watch any future games from where he was hit with the foul ball.

"Honestly, I would probably be at home or at a bar across the street," he said.

*Chicago Tribune's Colleen Kane and Paul Sullivan contributed.*

*emalagon@chicagotribune.com*

*Twitter @elviamalagon*

Copyright © 2017, Chicago Tribune

**This article is related to:** Chicago Cubs, Wrigley Field, Major League Baseball, Chicago White Sox, Washington Nationals, National League, Pittsburgh Pirates