

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Courthouse News Service, | 17 C 7933 |
| Plaintiff, | |
| vs. | Honorable Judge Matthew F. Kennelly |
| Dorothy Brown, in her official capacity as the Clerk of the Circuit Court of Cook County, | |
| Defendant. | |

**FILED**
JAN 3 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT defendant Dorothy Brown, in her official capacity as the Clerk of the Circuit Court of Cook County (the "Circuit Clerk"), by her attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and through her Assistant State's Attorneys, PAUL A. CASTIGLIONE and MARGARETT S. ZILLIGEN, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's memorandum opinion and order of January 8, 2018 (Dkt. #23) and the District Court's order of January 17, 2018 (Dkt. #27).

Dated: January 31, 2018

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: Paul Castiglione
Paul A. Castiglione
ARDC#6197136
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-2350

PAID
RECEIPT # 46241972I0

JAN 3 1 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Paul A. Castiglione, Assistant State's Attorney, hereby certify that I served an exact copy of the above notice, together with the document referenced therein, to:

Brian A. Sher, Esq.
Donald A. Cole, Esq.
Bryan Cave
161 North Clark
#4300
Chicago, IL 60601-3206

by depositing a copy of the same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid before 5:00 p.m. on January 31, 2018.

*/s/ Paul Castiglione*