# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 1, 2018

**To:**   Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-1230
>
> Caption:
> COURTHOUSE NEWS SERVICES,
> Plaintiff - Appellee
>
> v.
>
> DOROTHY BROWN,
> Defendant - Appellant
>
> District Court No: 1:17-cv-07933
> District Judge Matthew F. Kennelly
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 01/31/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)